■ MATTEO NANIA, Respondent, v METROPOLITAN TRANSIT AUTHORITY et al., Appellants. [998 NYS2d 634]—

Order, Supreme Court, New York County (George J. Silver, J.), entered August 20, 2013, which granted plaintiff's motion for reargument and, upon reargument, denied defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Under the circumstances presented, where the parties offered conflicting versions as to how the accident occurred, the court properly found that triable issues of fact and credibility precluded the dismissal of the action (see *Odikpo v American Tr., Inc.*, 72 AD3d 568 [1st Dept 2010]; *Elamin v Roberts Express*, 290 AD2d 291 [1st Dept 2002]).

We have considered defendants' remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Friedman, Andrias, Gische and Kapnick, JJ.